

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Eddie Carl Herring,                      * From the 358th District
Court of Ector County,
Trial Court No. D-39,579.

Vs. No. 11-14-00220-CR               * October 16, 2014

The State of Texas,                   * Per Curiam Memorandum Opinion
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has considered Eddie Carl Herring's motion for nonsuit and dismissal of his appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.